UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 6:22-cr-00201-WWB-LHP

JOSHUA EDWARDS

## NOTICE OF ERROR IN FILING

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court that Document 90 was filed in error.[1]

                                          Respectfully submitted,

                                          ROGER B. HANDBERG
                                          United States Attorney

By:   */s/ Kara M. Wick*
        Kara M. Wick
        Assistant United States Attorney
        Florida Bar No. 0085578
        400 W. Washington Street, Ste. 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: kara.wick@usdoj.gov

---

[1] The document filed at Doc. 90 was previously (and correctly) filed as Doc. 49 but was not intended to be duplicated at Doc. 90.

U.S. v. JOSHUA EDWARDS                     Case No. 6:22-cr-00201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian Phillips, Esq.

Charles Taylor, Esq.

                                           */s/ Kara M. Wick*
                                           Kara M. Wick
                                           Assistant United States Attorney
                                           Florida Bar No. 0085578
                                           400 W. Washington Street, Ste. 3100
                                           Orlando, Florida 32801
                                           Telephone: (407) 648-7500
                                           Facsimile: (407) 648-7643
                                           E-mail: kara.wick@usdoj.gov