# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   CASE NO: 6:22-cr-201-WWB-LHP

**JOSHUA EDWARDS**

AUSA: Kara Wick

Defense Attorney: Charles Taylor, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **April 28, 2023**<br>10:05-10:08<br>3 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called; appearances taken; procedural setting by the Court.
Issues were addressed.
Counsel has no objections to the competency report conducted by Dr. Jessica Micono
Court ordered the Defendant committed to the custody of the attorney general for competency restoration.
Order to be entered.