# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

AUSA: Kara Wick

Defense Attorney: Charles Taylor/ Andrew Searle, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE** United States Magistrate Judge | DATE AND TIME: | **February 21, 2024** 10:03-10:12 9 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**MOTION HEARING [128]**

Case called; appearances taken; procedural setting by the Court.
Issues were addressed.
Court granted the motion.
Andrew Searle, Esq., appointed to represent the Defendant.